UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| WE THE PATRIOTS USA INC., ET AL<br>*Plaintiffs* | : | CIVIL NO. 3:24-CV-01054 (JCH) |
| v. | : | |
| JOHN P. DOYLE, JR.<br>*Defendant* | : | FEBRUARY 25, 2025 |

### CONSENT MOTION FOR EXTENSION OF TIME OF DEFENDANT'S DEADLINE TO DISCLOSE EXPERTS (DOC.18.)

Pursuant to Rule 6 of the Fed. R. Civ. P. and Local Rule 7(b)(1)(a), Defendant, John Doyle, respectfully requests a modification of the scheduling order in this case, specifically an extension of time of the Defendant's expert disclosure deadline from March 1, 2025 to April 1, 2025. Plaintiff's counsel consents to this Motion. This is Defendant's first request for an extension of time of the expert disclosure deadline. Defendant asserts good cause exists to grant this motion.

The undersigned, his wife, and infant daughter were sick with the flu which kept him out of the office for a little over a week in mid-February. This has made it difficult to meet with and arrange for the retention of the experts in this case, including the contracting process, within the current deadline. A brief extension of one month will allow Defendant to finalize this process and provide Plaintiff with the required expert reports well in advance of the close of discovery in this case—June 1, 2025—which would remain unaffected by this Motion. The undersigned submits that this Motion should be granted given the nature of the constitutional challenge here, the gracious consent of Plaintiffs' counsel, and the fact that the discovery and dispositive motions deadlines will remain unaffected by this adjustment to the current scheduling order.

WHEREFORE, the Defendant hereby requests that his Motion for Extension of Time, up to and including April 1, 2025, be granted.

         DEFENDANT
         Doyle

         WILLIAM TONG
         ATTORNEY GENERAL

         _____
         James M. Belforti
         Assistant Attorney General
         165 Capitol Avenue
         Hartford, CT 06105
         Tel: (860) 808-5450
         Fax: (860) 808-5591
         Federal Bar No. ct30449
         E-Mail: james.belforti@ct.gov

         /s/ *Janelle R. Medeiros*
         Janelle R. Medeiros
         Assistant Attorney General
         165 Capitol Avenue
         Hartford, CT 06105
         Federal Bar #ct30514
         E-Mail: janelle.medeiros@ct.gov
         Tel.: (860) 808-5450
         Fax: (860) 808-5590

## **CERTIFICATION**

I hereby certify that on February 25, 2025, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

         _____
         James M. Belforti
         Assistant Attorney General