UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| WE THE PATRIOTS USA INC., ET AL<br>*Plaintiffs* | : | CIVIL NO. 3:24-CV-01054 (JCH) |
| v. | : | |
| JOHN P. DOYLE, JR.<br>*Defendant* | : | MARCH 28, 2025 |

## JOINT STATUS REPORT

Pursuant to this Court's order of March 14, 2025 (ECF #23) and December 5, 20204 (ECF #18), the parties submit this Joint Status Report.

Defendant will disclose his experts by the current deadline of April 1, 2025. (ECF 22.) Defendant anticipates taking the depositions of Plaintiffs Sherman and Tischer and is coordinating with Plaintiff's counsel to determine convenient dates to do so. Neither Plaintiffs nor Defendant anticipate moving for an extension of time of the current discovery deadline of June 1, 2025 or the dispositive motion deadline of July 1, 2025. Neither Plaintiffs nor Defendant anticipate filing any amendments to the pleadings. Both parties anticipate filing cross motions for summary judgment.

THE PLAINTIFFS
By: /s/ Norman A. Pattis, Esq.
Norman A. Pattis, Esq.
PATTIS & PAZ, LLC
383 Orange St., 1st Floor
New Haven, CT 06511
Tel: (203) 393-3017
Fax: (203) 393-9745
Email: npattis@pattispazlaw.com

1

DEFENDANT
Doyle

WILLIAM TONG
ATTORNEY GENERAL

_____
James M. Belforti
Assistant Attorney General
165 Capitol Avenue
Hartford, CT 06105
Tel: (860) 808-5450
Fax: (860) 808-5591
Federal Bar No. ct30449
E-Mail: james.belforti@ct.gov

  /s/ *Janelle R. Medeiros*

Janelle R. Medeiros
Assistant Attorney General
165 Capitol Avenue
Hartford, CT 06105
Federal Bar #ct30514
E-Mail: janelle.medeiros@ct.gov
Tel.: (860) 808-5450
Fax: (860) 808-5590

### CERTIFICATION

I hereby certify that on March 28, 2025, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

_____
James M. Belforti

2

Assistant Attorney General