UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| WE THE PATRIOTS USA INC., ET AL<br>*Plaintiffs* | : | CIVIL NO. 3:24-CV-01054 (JCH) |
| v. | : | |
| JOHN P. DOYLE, JR.<br>*Defendant* | : | JUNE 26, 2025 |

## JOINT STATUS REPORT

Pursuant to this Court's order of March 31, 2025, and December 5, 2024 (ECF #18), the parties submit this Joint Status Report.

Defendant disclosed his experts on April 1, 2025. As noted in the Motion for Extension of Time filed on June 25, 2025 (ECF #27), Defendant has been attempting to depose Plaintiffs Tischer and Sherman but have been unable to due to both their unavailability and the unavailability of their counsel. Plaintiffs Sherman, Tischer, and Plaintiff's counsel are available on July 9 and 11, 2025, and depositions have been tentatively scheduled for those dates. As noted in the motion for extension, no further depositions are anticipated. Aside from the recent Motion for Extension of time, the parties do not anticipate seeking any further modifications of the scheduling order. Neither Plaintiffs nor Defendant anticipate filing any amendments to the pleadings. Both parties anticipate filing cross motions for summary judgment.

                                                           THE PLAINTIFFS
                                                           By: /s/ Norman A. Pattis, Esq.
                                                           Norman A. Pattis, Esq.
                                                           PATTIS & PAZ, LLC
                                                           383 Orange St., 1st Floor
                                                           New Haven, CT 06511
                                                           Tel: (203) 393-3017

Fax: (203) 393-9745
Email: npattis@pattispazlaw.com


DEFENDANT
Doyle

WILLIAM TONG
ATTORNEY GENERAL

_____
James M. Belforti
Assistant Attorney General
165 Capitol Avenue
Hartford, CT 06105
Tel: (860) 808-5450
Fax: (860) 808-5591
Federal Bar No. ct30449
E-Mail: james.belforti@ct.gov

  /s/ *Janelle R. Medeiros*
Janelle R. Medeiros
Assistant Attorney General
165 Capitol Avenue
Hartford, CT 06105
Federal Bar #ct30514
E-Mail: janelle.medeiros@ct.gov
Tel.: (860) 808-5450
Fax: (860) 808-5590

## **CERTIFICATION**

I hereby certify that on June 26, 2025, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

2

_____
James M. Belforti
Assistant Attorney General